IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARBELLA MUTAL INSURANCE COMPANY, as Subrogee of BUCKINGHAM BUS COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MOTOR COACH INDUSTRIES and ESPAR HEATER SYSTEMS, <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. ) ) ) ) ) ) |

### AFFIDAVIT OF TIMOTHY J. NALEPKA

PERSONALLY BEFORE THE UNDERSIGNED NOTARY PUBLIC, duly authorized by law to administer oaths in the State of Illinois, appeared Timothy J. Nalepka, who being duly sworn deposes and states the following:

1. I am a United States citizen over the age of eighteen (18) years, I have personal knowledge of all of the matters addressed herein, and I am competent to give this affidavit.

2. I am Senior Vice President, General Counsel, and Secretary of Motor Coach Industries, Inc., the defendant in the above-captioned matter.

3. According to the complaint, the motor coach involved in the incident that is the subject of this lawsuit bears VIN 1M8TRMPAXXPO60444 (hereinafter referred to as the "Coach") (Complaint, par. 2).

4. The total cash price for the Coach was $371,337.00. A true and correct copy of the September 3, 1998 invoice for the Coach is attached.

5. Motor Coach Industries, Inc. is a corporation duly organized under the laws of the State of Delaware.

6. Motor Coach Industries, Inc maintains its principal place of business at 1700 E. Golf Road, Suite 300, Schaumburg, Illinois 60173.

The Affiant has nothing further to say.

_____
TIMOTHY J. NALEPKA

Sworn to and subscribed before me
this  5th  day of May, 2005.

_____
Notary Public, State of Illinois

OFFICIAL SEAL
CAROLINE PUSCH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-3-2009