IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ARBELLA MUTAL INSURANCE
COMPANY, as Subrogee of
BUCKINGHAM BUS COMPANY,
    Plaintiff

v.

MOTOR COACH INDUSTRIES and
ESPAR HEATER SYSTEMS,
    Defendant

CIVIL ACTION NO. 05-10955 PBS

TO THE CLERK OF THE ABOVE-NAMED COURT:

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for Defendant, Motor Coach Industries, in the above-captioned action.

SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.,

By: _____
David A. Barry, BBO No. 031520
101 Merrimac Street, 9th Floor
Boston, MA 02114-4737
(617) 227-3030

Dated: May 9, 2005

## CERTIFICATE OF SERVICE

I, David A. Barry, hereby certify that on the above date I served the within document by mailing a copy of same, postage prepaid, to the following counsel of record:

Steven R. Kruczynski, Esquire
Williams & Mahoney, LLC
900 Cummings Center
Suite 306-T
Beverly, MA 01915-6181

David A. Barry

Doc. #362878