IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARBELLA MUTAL INSURANCE COMPANY, as Subrogee of BUCKINGHAM BUS COMPANY, Plaintiff<br><br>v.<br><br>MOTOR COACH INDUSTRIES and ESPAR HEATER SYSTEMS, Defendant | CIVIL ACTION NO. 05-10955-PBS |

## MOTOR COACH INDUSTRIES, INC.'S MOTION TO DISMISS COUNTS I AND II OF PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE 12(b)(6)

Defendant, Motor Coach Industries, Inc. ("MCI"), incorrectly named as Motor Coach Industries, by its attorney, David A. Barry, Sugarman, Rogers, Barshak & Cohen, P.C., moves to dismiss Counts I and II of Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) on the basis that they fail to state claims upon which relief may be granted. In support of its Motion, MCI relies upon and fully incorporates by reference the attached Memorandum in Support of Motion to Dismiss Counts I and II of Plaintiff's Complaint.

## REQUEST FOR ORAL ARGUMENT

The Defendant, Motor Coach Industries, Inc., hereby requests oral argument.

MOTOR COACH INDUSTRIES, INC.
By its Attorneys,

/s/      David A. Barry
David A. Barry, BBO No. 031520
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114-4737
(617) 227-3030

OF COUNSEL:

Mark E. Enright, Esquire
Thadford A. Felton, Esquire
Arnstein & Lehr LLP
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100

Dated: May 13, 2005

Doc. #363021