IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARBELLA MUTAL INSURANCE COMPANY, as Subrogee of BUCKINGHAM BUS COMPANY, Plaintiff<br><br>v.<br><br>MOTOR COACH INDUSTRIES and ESPAR HEATER SYSTEMS, Defendant | CIVIL ACTION NO. 05-10955-PBS |

### RULE 7.1 CERTIFICATE

I, David A. Barry, counsel for the defendant, Motor Coach Industries, Inc., in accordance with the requirements of Local Rule 7.1 of the United States District Court for the District of Massachusetts, certify that on May 13, 2005 counsel for Motor Coach Industries, Inc. conferred with counsel for the plaintiff, Arbella Mutual Insurance Company, as Subrogee of Buckingham Bus Company, in a good faith effort to reach agreement on the issue raised by this motion but the parties were unable to agree.

MOTOR COACH INDUSTRIES, INC.
By its Attorneys,

/s/    David A. Barry
David A. Barry, BBO No. 031520
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114-4737
(617) 227-3030

2

OF COUNSEL:

Mark E. Enright, Esquire
Thadford A. Felton, Esquire
Arnstein & Lehr LLP
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100

Dated: May 13, 2005

Doc. #363145