UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Arbella Mutual Ins. Co.
        Plaintiff,           CIVIL ACTION
                                     NO.  05-10955-PBS
    v.

Motor Coach Industries, et al
        Defendants.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.           May 16, 2005

    TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss on **July 11, 2005**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                      By the Court,


                       _/s/ Robert C. Alba_
                      Deputy Clerk


Copies to:  All Counsel