UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Arbella Mutual Insurance Company**
                    Plaintiff,                                    CIVIL ACTION
                                                                  NO.   05-10955-PBS

            v.

**Motor Coach Industries, Inc., et al**
                    Defendants.

## NOTICE OF RESCHEDULED MOTION HEARING AND CONFERENCE

SARIS, U.S.D.J.                                                  May 26, 2005

        At the request of counsel, the Motion Hearing re: Motion to Dismiss and Scheduling
Conference previously scheduled for July 11, 2005, have been **rescheduled** to **July 20, 2005, at
2:00 p.m.**

                                                    By the Court,


                                                     _/s/ Robert C. Alba_
                                                    Deputy Clerk


Copies to:  All Counsel


resched.ntc