UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * * **
ARBELLA MUTUAL                          *
INSURANCE COMPANY,                      *
as Subrogee of  BUCKINGHAM BUS          *
COMPANY                                 *       Civil Action NO. 05-10955-PB5
              Plaintiff                 *
V.                                      *
                                        *
MOTOR COACH INDUSTRIES and              *
ESPAR HEATER SYSTEMS                    *
              Defendants                *
* * * * * * * * * * * * * * * * * * * * * * * * * **
```

## OPPOSITION OF THE PLAINTIFF, ARBELLA MUTUAL INSURANCE COMPANY, AS SUBROGEE OF BUCKINGHAM BUS COMPANY, TO MOTION OF DEFENDANT, MOTOR COACH INDUSTRIES TO DISMISS

The plaintiff, Arbella Mutual Insurance Company, as Subrogee of Buckingham Bus Company, plaintiff, hereby states its opposition to the Motion of the Defendant, Motor Coach Industries, to dismiss Counts I and II of the Plaintiff's Complaint. In support of the foregoing, the plaintiff relies upon the Memorandum in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss.

## REQUEST FOR ORAL ARGUMENT

The plaintiff, Arbella Mutual Insurance Company, as Subrogee of Buckingham Bus Company, hereby requests oral argument.

                                            Respectfully submitted
                                            By Plaintiff's attorney,

                                            S/ Steven R. Kruczynski
                                            _____
                                            Steven R. Kruczynski, Esq.
                                            BBO No. 280560
                                            Williams & Mahoney, LLC
                                            900 Cummings Center, Suite 306-T
                                            Beverly, MA  01915
Dated: June 3, 2005                                (978) 232-9500

## CERTIFICATE OF SERVICE

    I, Steven R. Kruczynski, attorney for the Plaintiff, do hereby certify that a copy of the within:

1. Opposition of the Plaintiff, Arbella Mutual Insurance Company, as Subrogee of Buckingham Bus Company, to Motion of Defendant, Motor Coach Industries

has been sent, postage prepaid, to counsel:

David A. Barry, Esq.
Sugarman, Rogers, Barshak & Cohen, PC
101 Merrimac St.
Boston, MA  02114-4737


Espar Heater Systems
64365 Kestrel Road
Misdsissauga, Ontario, Canada


S/ Steven R. Kruczynski
_____
Steven R. Kruczynski, Esquire
BBO No. 280560
Williams & Mahoney, LLC
900 Cummings Center, Suite 306-T
Beverly, MA  01915
Dated: June 3, 2005          (978) 232-9500