IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARBELLA MUTAL INSURANCE COMPANY, as Subrogee of BUCKINGHAM BUS COMPANY, Plaintiff<br><br>v.<br><br>MOTOR COACH INDUSTRIES and ESPAR HEATER SYSTEMS, Defendant | CIVIL ACTION NO. 05-10955-PBS |

## LOCAL RULE 16.1 CERTIFICATION

The undersigned hereby affirm that they have conferred with a view to establishing, insofar as it is possible at this preliminary stage, a budget for the cost of conducting the full course – and various alternative courses – of the litigation; and to consider the resolution of the litigation through the use of Alternative Dispute Resolution programs.

MOTOR COACH INDUSTRIES, INC.

By: /s/ David A. Barry
David A. Barry, BBO No. 031520
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114-4737
(617) 227-3030

/s/ Thadford A. Felton
Thadford A. Felton, Esquire
Arnstein & Lehr LLP
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100

/s/ Timothy J. Nalepka
Timothy J. Nalepka, Esquire
Senior V.P., General Counsel, and Secretary
Motor Coach Industries International, Inc.
1700 E. Golf Road
Suite 300
Schaumburg, IL 60173

DATED: July 13, 2005

Doc. #365048