IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARBELLA MUTAL INSURANCE COMPANY, as Subrogee of BUCKINGHAM BUS COMPANY, Plaintiff<br><br>v.<br><br>MOTOR COACH INDUSTRIES and ESPAR HEATER SYSTEMS, Defendant | CIVIL ACTION NO. 05-10955-PBS |

### AMENDED JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(D), the plaintiff and defendant have conferred and submit the following joint statement and proposed pretrial schedule in anticipation of the Scheduling Conference scheduled for July 20, 2005, at 2:30 p.m.

**I.     BACKGROUND**

This is a product liability case in which the plaintiff, Arbella Mutual Insurance Company ("Arbella"), seeks to recover for damages to a motor coach designed and manufactured by the defendant, Motor Coach Industries ("MCI"), and sold to Arbella's insured, Buckingham Bus Company ("Buckingham") on April 17, 1998. Defendant Espar Heating Systems ("Espar") designed and manufactured the D24W model water heater, which allegedly malfunctioned in the motor coach. Arbella seeks to recover the amount it paid Buckingham to repair damage to the motor coach that was sustained in a fire that occurred on November 12, 2002 in Groton, Massachusetts. Arbella's complaint contains counts for both negligence and breach of express and implied

warranties, against both MCI and Espar. MCI has filed a motion to dismiss on the basis that its negligence claim is barred by the Economic Loss Rule and because the breach of warranties claims are barred by the applicable statute of limitations, NDCC 41-02-104-1, and M.G.L c. 106, §2-725 and the language of the agreement to purchase the motor coach.

## II. PROPOSED PRETRIAL SCHEDULE AND DISCOVERY PLAN

Initial Disclosures:

August 4, 2005: Initial disclosures to be completed.

Motions to Add Parties and Amend Pleadings:

October 1, 2005: All parties must be added and all amendments must be filed.

Fact Discovery:

December 31, 2005: All fact discovery must be completed.

Expert Discovery :

January 31, 2006: Plaintiff's expert disclosures to be served.

February 28, 2006: Defendants expert disclosures to be served.

April 30, 2006: Deposition of experts (if any) to be completed.

(Deposition of plaintiff's experts to precede depositions of defendant's experts.)

## III. SUMMARY JUDGMENT MOTIONS

May 31, 2006: Motions for Summary Judgment, if any, must be filed.

June 30, 2006: Oppositions to Motion for Summary Judgment must be filed.

July 31, 2006: Reply to motion in opposition to Summary Judgment must be filed.

## IV. MAGISTRATE

The parties are unwilling, at this time, to consent to a trial by a Magistrate Judge.

## V. SETTLEMENT PROPOSAL

Before the scheduling conference, the defendant will have conferred with its client on the subject of settlement and will be prepared to respond to a demand by the plaintiff at the scheduling conference.

## VI. CERTIFICATION OF CONSULTATION

The parties will separately file the Certifications required by Local Rule 16.1(D)(3).

ARBELLA MUTUAL INSURANCE CO.,
By its attorney,


/s/ Steven R. Kruczynski
Steven R. Kruczynski, BBO No. 280560
Williams & Mahoney, LLC
900 Cummings Center Suite, Suite 306-T
Beverly, MA 01915
(978) 232-9500


MOTOR COACH INDUSTRIES, INC.
By its Attorneys,


/s/ David A. Barry
David A. Barry, BBO No. 031520
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114-4737
(617) 227-3030

OF COUNSEL:

/s/ Thadford A. Felton
Thadford A. Felton, Esquire
Arnstein & Lehr LLP
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100

Dated: July 13, 2005

365038.1