UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * **
ARBELLA MUTUAL                  *
INSURANCE COMPANY,              *
as Subrogee of BUCKINGHAM BUS   *
COMPANY                         *      Civil Action NO. 05-10955-PB5
         Plaintiff              *
V.                              *
                                *
MOTOR COACH INDUSTRIES and      *
ESPAR HEATER SYSTEMS            *
         Defendants             *
 * * * * * * * * * * * * * * * * * * * * * * *
```

CERTIFICATION OF COUNSEL

    Pursuant to Local Rule 16.1(D)(3), I hereby certify that I have conferred with Jean Deming, a representative of Arbella Mutual Insurance Company, with a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation and have conferred with her concerning availability of alternative dispute resolution programs.

    Respectfully submitted
By Plaintiff's attorney,

S/ Steven R. Kruczynski
_____
Steven R. Kruczynski, Esq.
BBO No. 280560
Williams & Mahoney, LLC
900 Cummings Center, Suite 306-T
Beverly, MA 01915
(978) 232-9500

Dated: July 13, 2005

**CERTIFICATE OF SERVICE**

      I, Steven R. Kruczynski, attorney for the Plaintiff, do hereby certify that a copy of the within:

1.     Memorandum of the Plaintiff, Arbella Mutual Insurance Company, as Subrogee of Buckingham Bus Company, in Support of its Opposition to Motion of Defendant of Defendant, Motor Coach Industries, to Dismiss.

has been sent, postage prepaid, to counsel:

David A. Barry, Esq.
Sugarman, Rogers, Barshak & Cohen, PC
101 Merrimac St.
Boston, MA  02114-4737


Espar Heater Systems
64365 Kestrel Road
Misdsissauga, Ontario, Canada

                                                S/ Steven R. Kruczynski
                                                _____

                                                Steven R. Kruczynski, Esquire
                                                BBO No. 280560
                                                Williams & Mahoney, LLC
                                                900 Cummings Center, Suite 306-T
                                                Beverly, MA  01915
Dated: July 13, 2005                        (978) 232-9500