IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARBELLA MUTAL INSURANCE COMPANY, as Subrogee of BUCKINGHAM BUS COMPANY,<br>    Plaintiff<br><br>v.<br><br>MOTOR COACH INDUSTRIES and ESPAR HEATER SYSTEMS,<br>    Defendant | CIVIL ACTION NO. 05-10955-PBS |

**MOTION OF DEFENDANT, MOTOR COACH INDUSTRIES, INC., FOR ENTRY OF SEPARATE AND FINAL JUDGMENT.**

Pursuant to Federal Rule of Civil Procedure 54(b), the defendant, Motor Coach Industries, Inc. ("MCI") incorrectly named as "Motor Coach Industries," hereby requests this Court to enter separate and final judgment in its favor. MCI states the following as grounds for its motion:

1. This is a product liability action in which the plaintiff has brought claims against MCI and another defendant, in connection with a fire that occurred on or about November 12, 2002.

2. On July 20, 2005, this Court (Saris, J.) allowed MCI's Motion to Dismiss Counts I and II of Plaintiff's Complaint, which are the only counts against MCI.

3. Since the Court's allowance of the motion to dismiss resolves the plaintiff's claims against MCI in their entirety, there is no reason

    for delay and separate and final judgment should be entered in favor of MCI.

4.  A form of Final Judgment is attached hereto as Exhibit "A".

WHEREFORE, Motor Coach Industries requests this Court to enter separate and final judgment in favor of MCI, in the form attached as Exhibit "A".

        MOTOR COACH INDUSTRIES, INC.
        By its Attorneys,


        /s/   David A. Barry
        David A. Barry, BBO No. 031520
        Sugarman, Rogers, Barshak & Cohen, P.C.
        101 Merrimac Street, 9th Floor
        Boston, MA 02114-4737
        (617) 227-3030

365797

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARBELLA MUTAL INSURANCE COMPANY, as Subrogee of BUCKINGHAM BUS COMPANY,  Plaintiff<br><br>v.<br><br>MOTOR COACH INDUSTRIES and ESPAR HEATER SYSTEMS,  Defendant | CIVIL ACTION NO. 05-10955-PBS |

**FINAL JUDGMENT AS TO MOTOR COACH INDUSTRIES, INC.**

In its decision of July 20, 2005, this Court (Saris, J.) allowed the Motion of Motor Coach Industries, Inc. ("MCI"), incorrectly named as "Motor Coach Industries", to Dismiss Counts I and II of Plaintiff's Complaint, which were the only counts against MCI. Having determined pursuant to Fed. R. Civ. P. 54(b) that there is no just reason for delay in entering judgment in favor of MCI, it is hereby ordered that separate and final judgment be entered in favor of MCI on Counts I and II of plaintiff's Complaint.

_____
Saris, J.

365864