# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARBELLA MUTAL INSURANCE COMPANY, as Subrogee of BUCKINGHAM BUS COMPANY, Plaintiff<br><br>v.<br><br>MOTOR COACH INDUSTRIES and ESPAR HEATER SYSTEMS, Defendant | CIVIL ACTION NO. 05-10955-PBS |

## FINAL JUDGMENT AS TO MOTOR COACH INDUSTRIES, INC.

In its decision of July 20, 2005, this Court (Saris, J.) allowed the Motion of Motor Coach Industries, Inc. ("MCI"), incorrectly named as "Motor Coach Industries", to Dismiss Counts I and II of Plaintiff's Complaint, which were the only counts against MCI. Having determined pursuant to Fed. R. Civ. P. 54(b) that there is no just reason for delay in entering judgment in favor of MCI, it is hereby ordered that separate and final judgment be entered in favor of MCI on Counts I and II of plaintiff's Complaint.

_____
Saris, J.

365864